The document below is hereby signed.

Signed: May 21, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 10-00463 |
| UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) | (Chapter 11) |
| | ) | **Not for Publication in** |
| Debtor. | ) | **West's Bankruptcy Reporter** |

MEMORANDUM DECISION

On May 13, 2010, Clayton T. Utterback, Ryan T. Kirk, and James P. Utterback, filed with the court a petition seeking to commence an involuntary case against United States Department of Treasury under Chapter 11 of the Bankruptcy Code

Under § 303 of the Bankruptcy Code, an involuntary case may be commenced "against a person, except a farmer, family farmer, or a corporation that is not a moneyed, business, or commercial corporation, that may be a debtor under the chapter under which such case is commenced." Section 101(41) goes on to define the term "person" as "an individual, partnership, and corporation, but does not include a governmental unit," except in situations not applicable here. Because the Department of Treasury is not included in the definition of "person" and because an involuntary

case may only be commenced against a person, as that term is defined in the Bankruptcy Code, dismissal of the case is appropriate.  A separate order follows.

                                              [Signed and dated above.]

Copies to: Debtor; Clayton T. Utterback; Ryan T. Kirk; James P. Utterback.